538        APPELLATE COURTS OF ILLINOIS.

Childers & Lillienstein v. Illinois Central R. Co., 206 Ill. App. 538.

## Childers & Lillienstein, Appellee, v. Illinois Central Railroad Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the October term, 1916. Reversed with a finding of fact. Opinion filed July 14, 1917.

### Statement of the Case.

Action by Childers & Lillienstein, a corporation, plaintiff, against the Illinois Central Railroad Company, defendant, to recover for the loss of a mule which was sick when it arrived at the destination and died three days later. From a judgment for plaintiff for $120, defendant appeals.

This is one of a series of cases arising out of the same accident as in No. 6,646, *ante,* p. 535.

GRAHAM & GRAHAM, for appellant; JOHN G. DRENNAN, of counsel.

SMITH & FRIEDMEYER, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 804*—*what evidence not considered.* Evidence not preserved in the bill of exceptions may not be considered by the Appellate Court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.